ANN MARIE TAHAN, PLAINTIFF-PETITIONER, v. WAGA-RAW HOLDING COMPANY, *ET AL.*, DEFENDANTS-RE-SPONDENTS.

See same case below: 28 *N. J. Super.* 436.

*Messrs. Marcus & Levy, Mr. Hyman W. Rosenthal* and *Mr. Harry Chashin* for the petitioner.

*Mr. Charles C. Stalter* and *Mr. Samuel Doan* for the respondents.

March 29, 1954. Denied.